**EMPLOYERS CASUALTY COMPANY et al.**
**v. W. D. GORDON et al.**

No. 3731.

Court of Civil Appeals of Texas. Beaumont.

Jan. 2, 1941.

Rehearing Denied Jan. 15, 1941.

Sewell, Taylor, Morris & Connally, of Houston, and David C. Marcus, of Beaumont, for appellant.

G. D. Baten, of Beaumont, for appellee.

O'QUINN, Justice.

Though tried in district court, the amount in controversy was within the jurisdiction of the county court, being the sum of $997.42. After careful consideration of the record, we affirm the judgment without written opinion. Associated Indemnity Co. v. Gatling, Tex.Civ.App., 75 S.W.2d 294; Texas & N. O. Ry. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040; Fidelity & Guaranty Fire Corporation v. Roy Stubblefield, Tex.Civ.App., 140 S.W.2d 1115.